NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLINTON RODRIGUEZ,                    )
                                      )
        Appellant,                    )
                                      )
v.                                    )        Case No. 2D19-95
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____)

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Barbara Twine
Thomas, Judge.

Clinton Rodriguez, pro se.


PER CURIAM.

        Affirmed.  See Allen v. State, 599 So. 2d 996 (Fla. 1992); Campbell v.

State, 884 So. 2d 190 (Fla. 2d DCA 2004); Lett v. State, 805 So. 2d 950 (Fla. 2d DCA

2001) (en banc).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.